■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES LYONS, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered June 8, 1981, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf. *People v Gonzalez*, 47 NY2d 606). Mollen, P. J., Damiani, Titone and Weinstein, JJ., concur.